The People of the State of New York, Respondent,
against
Johansel Marte-Tejada, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Angela J. Badamo, J.), rendered January 23, 2019, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Angela J. Badamo, J.), rendered January 23, 2019, reversed, as a matter of discretion in the interest of justice, accusatory instrument dismissed, and surcharge, if paid, remitted. 
The People, in the exercise of their broad prosecutorial discretion, have agreed that the accusatory instrument should be dismissed under the particular circumstances of the case and in light of recent legislation amending Penal Law § 265.01 to effectively decriminalize the simple possession of gravity knives, notwithstanding that this law does not apply retroactively (see People v Caviness, 176 AD3d 522 [2019], lv denied 34 NY3d 1076 [2019]). We agree, and we do not reach any other issues.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 12, 2020